**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**EASTERN DIVISION**

| | |
|---|---|
| **BALAJI ADAPU and HARSHALA BALIJAPALLI**<br><br>Plaintiffs,<br><br>v.<br><br>**COLUMBIA DEBT RECOVERY LLC d/b/a GENESIS**<br><br>Defendant. | Case No.: |

**<u>NOTICE OF REMOVAL</u>**

Defendant, Columbia Debt Recovery LLC d/b/a Genesis ("Genesis"), pursuant to 28 U.S.C. § 1331, § 1441, and § 1146, hereby gives notice of the removal of the above-styled action from the State of Michigan Third Judicial Circuit Court, Wayne County, Civil Division, where it is now currently pending as Case No. 26-010398-CZ, to the United States District Court for the Eastern District of Michigan. As grounds for removal, Genesis states as follows:

**ALLEGATIONS OF THE FIRST AMENDED COMPLAINT**

1. On June 17, 2026, Balaji Adapu and Harshala Balijapalli ("Plaintiffs") filed a Complaint in the Third Judicial Circuit Court, Wayne County, in the civil action styled *Balaji Adapu and Harshala Balijapalli v. Columbia Debt Recovery LLC*

*d/b/a Genesis*, Case No. 26-010398-CZ. *See* Complaint, a copy of which is attached hereto as Exhibit A.

2. On June 29, 2026, Plaintiffs served their Complaint, asserting two causes of action against Genesis for alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq., and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., with respect to Genesis' attempts collect an unpaid account from Plaintiffs and its reporting of information to consumer reporting agencies. *See* Exhibit A.

## REMOVAL PROCEDURES

3. In accordance with 28 U.S.C. § 1446(a), a copy of all "process, pleadings, and orders" received by Genesis is attached hereto as Exhibit A.

4. Plaintiffs served their Complaint on June 29, 2026, asserting causes of actions under the FDCPA and FCRA. *See* Exhibit A.

5. This Notice of Removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b)(1).

6. Jurisdiction over this action is based upon 28 U.S.C. § 1331, § 1441, and § 1146, as amended. This Court has original federal question jurisdiction under 28 U.S.C. § 1331 on the basis that the Complaint purports to allege causes of action under the FDCPA and FCRA.

7. Pursuant to 28 U.S.C. § 1441(a), this action is properly removable to this Court, which is the United States District Court for the district including Wayne County, Michigan where the state court action is pending.

8. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiffs on this date and a copy of this Notice of Removal is being filed with the Clerk of Court for the Third Judicial Circuit Court, Wayne County, Michigan.

**FEDERAL QUESTION JURISDICTION**

9. This action presents a federal question on its face by asserting claims against Genesis under the FDCPA and FCRA, which are federal consumer protection statutes. *See* Exhibit A; *see also* 15 U.S.C. § 1692, et seq; 15 U.S.C. § 1681 et seq.

10. Accordingly, Plaintiffs' federal claims all arise under the laws of the United States and could have been originally filed in this Court.

**SATISFACTION OF REMOVAL PREREQUISITES**

11. Because this Notice of Removal was filed within 30 days of receipt by Genesis of the Complaint, the removal is timely under 28 U.S.C. § 1446(b)(1).

12. The prerequisites for removal set forth in 28 U.S.C. § 1441 have been satisfied.

13. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by law.

14. A Notice of Filing Notice of Removal, with a copy of this Notice of Removal attached, will be promptly filed with the Clerk of Court for the Third Judicial Circuit Court, Wayne County, Michigan.

15. The allegations in this Notice are true and correct and this cause is within the jurisdiction of the United States District Court for the Eastern District of Michigan, and this cause is removable to the United States District Court for the Eastern District of Michigan.

16. Should any question arise as to the propriety of the removal of this action, Genesis respectfully requests the opportunity to submit a brief and present oral argument in support of its position that this case was properly removed.

## CONCLUSION

For the reasons set forth above, Genesis respectfully requests that this action be, and is hereby, removed to this Court, that this Court assume jurisdiction of this action, and that this Court enter such other and further orders as may be necessary to accomplish the requested removal. By filing this Notice of Removal, Genesis demonstrates its consent to the removal of this action to this Court and, upon receipt of this Notice, no further action shall be taken in the Third Judicial Circuit Court, Wayne County, Michigan.

Respectfully submitted,

Maddin Hauser Roth & Heller, PC

*/s/ Jesse L. Roth*
Jesse L. Roth (P78814)
One Towne Square Fifth Floor
Southfield, MI 48076
(248) 351-7010
jroth@maddinhauser.com
*Attorneys for Defendant*
*Columbia Debt Recovery LLC*

Dated: July 29, 2026

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **July 29, 2026** the foregoing document was submitted to the Court for filing via the Court's ECF/CMF filing system which will send notification of such filing to all attorneys and parties signed up to receive them.

I declare that the foregoing statement is true to the best of my knowledge and belief.

*/s/ Jesse L. Roth*